# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128195

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

HAROLD DEAN JONES,
   Defendant-Appellant.

SC: 128195
COA: 259510
Genesee CC: 87-037771-FH

_____/

   On order of the Court, the application for leave to appeal the February 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

s1121